# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Sinisa Elkaz, | Case No.: 2:24-cv-00650-JAD-DJA |
| Petitioner | |
| v. | **Order Screening and Serving Petition for Writ of Habeas Corpus** |
| Alejandro Mayorkas, *et al.*, | [ECF No. 1-2] |
| Respondents | |

Sinisa Elkaz, who is in federal custody at the Nevada Southern Detention Center, in Pahrump, Nevada, initiated this habeas corpus action, *pro se*, on March 26, 2024, by submitting a petition for writ of habeas corpus for filing.[1]  Elkaz paid the filing fee on April 9, 2024.[2]

Elkaz, who alleges that he is a national and citizen of Croatia and formerly a lawful permanent resident of the United States and not a danger to the community or a flight risk,[3] claims that his more than eight months of detention pending his removal violates his rights under the United States Constitution and federal statutes.[4]  Having conducted an initial review of Elkaz's petition, I direct service of the petition on the respondents and set a schedule for further proceedings.

---

[1] ECF No. 1-2.

[2] ECF No. 3.

[3] ECF No. 1-2 at 3–4.

[4] *Id*. at 4–5.

IT IS THEREFORE HEREBY ORDERED that **the Clerk of the Court is directed to** separately **FILE** the Petition for Writ of Habeas Corpus (ECF No. 1-2) and **SERVE** copies of the habeas petition (ECF No. 1-2) and this order upon the respondents as follows:

1. By serving a copy of the petition (ECF No. 1-2) and a copy of this order on the United States Attorney for the District of Nevada in accordance with Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure.

2. By sending a copy of the petition (ECF No. 1-2) and a copy of this order by mail, in accordance with Rule 5(b)(2)(C) of the Federal Rules of Civil Procedure, to: (1) Merrick B. Garland, Attorney General of the United States, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001; (2) Alejandro Mayorkas, Secretary of the Department of Homeland Security, 2707 Martin Luther King Jr. Ave. SE, Washington, DC 20528; (3) Kerri Ann Quihuis, ICE Field Office Director for Nevada, 501 Las Vegas Boulevard South, Suite 536, Las Vegas, NV 89101; and (4) Christopher Chestnut, Warden, Nevada Southern Detention Center, 2190 East Mesquite Ave., Pahrump, NV 89060.

IT IS FURTHER ORDERED that counsel for respondents has until May 10, 2024, to appear in this action, and respondents have until June 9, 2024, to file and serve an answer or other response to the habeas petition.  If respondents file a motion to dismiss, petitioner will have 60 days to file a response to the motion to dismiss and then respondents will have 30 days to file a reply.  If respondents file an answer, petitioner will have 60 days to file a reply to the answer.

_____
U.S. District Judge Jennifer A. Dorsey
April 10, 2024