1  JASON M. FRIERSON
United States Attorney
2  District of Nevada
Nevada Bar No. 7709
3  CHRISTIAN R. RUIZ
Assistant United States Attorney
4  501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
5  Phone: (702) 388-6336
Fax: (702) 388-6787
6  Christian.Ruiz@usdoj.gov

7  *Attorneys for the United States*

8

**UNITED STATES DISTRICT COURT**
9                         **DISTRICT OF NEVADA**

10  Sinisa Elkaz,                                          Case No. 2:24-cv-00650-JAD-DJA

11                  Petitioner,                    **Joint Stipulation and Order of**
**Dismissal without Prejudice**
12          v.

13  Alejandro Mayorkas, *et al.*,
ECF No. 7
14                  Defendants.

15

16          The United States of America and Petitioner Sinisa Elkaz, *pro se*, hereby stipulate to

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1  the dismissal without prejudice of each and every claim alleged in the petition for writ of

2  habeas corpus filed in this case [ECF No. 1-2], each party to bear its own fees and costs.

3    Respectfully submitted this 10th day of June 2024.

4

5                                                      JASON M. FRIERSON
    _____              United States Attorney
6   SINISA ELKAZ
    *Plaintiff, Pro Se*
                                                   */s/ Christian R. Ruiz*
7                                                  CHRISTIAN R. RUIZ
                                                   Assistant United States Attorney
8                                                  *Attorneys for the United States*

9

10

11                                                 **IT IS SO ORDERED:**

12

13

14                                                 _____
                                                   **United States District Judge**
15

16                                                 **DATED:** _____
17

18

19

20

21

22

23

24

25

26

27

28

2

the dismissal without prejudice of each and every claim alleged in the petition for writ of

habeas corpus filed in this case [ECF No. 1-2], each party to bear its own fees and costs.

Respectfully submitted this 10th day of June 2024.


_____
SINISA ELKAZ
*Plaintiff, Pro Se*

JASON M. FRIERSON
United States Attorney

 */s/ Christian R. Ruiz*
CHRISTIAN R. RUIZ
Assistant United States Attorney
*Attorneys for the United States*


**ORDER**


Based on the parties' stipulation [ECF No. 7] and good cause

appearing, IT IS HEREBY ORDERED that **THIS ACTION IS**

**DISMISSED without prejudice**, each side to bear its own fees and costs.

The Clerk of Court is directed to **CLOSE THIS CASE.**


_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 10, 2024

2